

September 28, 2022

**VIA E-FILE**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Oasis Tooling, Inc. v. Siemens Industry Software, Inc.*
              **C.A. No. 22-cv-151-CJB**
              *Oasis Tooling, Inc. v. GlobalFoundries U.S., Inc.*
              **C.A. No. 22-cv-312-CJB**

Dear Judge Burke,

    During yesterday's hearing, Defendants presented additional slides (in response to the Court's questions and Plaintiff's arguments) that were not included in the set of slides initially provided to the Court and Plaintiff. For the sake of completeness and for clarity of the record, Defendants are filing herewith all slides presented during the hearing.

    We are available at the Court's convenience should the Court have any questions or concerns.

                                Respectfully submitted,

                                */s/ Michael J. Farnan*

                                Michael J. Farnan

cc: Counsel of Record (via E-File)
Enclosure