IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OASIS TOOLING, INC., a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>GLOBALFOUNDRIES U.S. INC., a Delaware Corporation,<br><br>　　　　　　　Defendant. | C.A. No. 22-312-CJB |

**PLAINTIFF OASIS TOOLING, INC.'S
*DAUBERT* MOTION TO EXCLUDE MR. MEYER'S DAMAGES OPINIONS**

Plaintiff Oasis Tooling, Inc. ("Oasis"), hereby moves the Court to exclude various opinions of Mr. Paul Meyer pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharma*, 509 U.S. 579 (1993).

The grounds for this motion are fully set forth in Oasis' omnibus Opening Brief (D.I. 377), Concise Statement of Undisputed Material Facts (D.I. 375), the supporting Declaration of Aaron Frankel and Exhibits 1 to 40 thereto (D.I. 378), and upon the papers, records, and pleadings on file with the Court.

Pursuant to D. Del. LR 7.1.1, Oasis certifies that the parties have met and conferred on the subjects of this motion, but were unable to reach agreement.

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
James Hannah
Jennifer L. Gilbert
Timothy Layden
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 752-1700

Aaron M. Frankel
Cristina Martinez
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Dated: February 9, 2024
11317061

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
　　Philip A. Rovner (#3215)
　　Hercules Plaza
　　P.O. Box 951
　　Wilmington, DE 19899
　　(302) 984-6000
　　provner@potteranderson.com

*Attorneys for Plaintiff*
*Oasis Tooling, Inc.*